

FILED

2003 OCT 16  P 4: 25

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZAKHAR GLUKHOVSKY, | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1087 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMPHENOL CORPORATION | : | |
| | : | |
| Defendant. | : | October 16, 2003 |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and Loc. R. Civ. P. 9(b), the parties respectfully request that the discovery deadline in the above matter be extended to **February 18, 2004**. Further, the parties request that the deadline for filing dispositive motions be extended to **March 19, 2004**. In support of this motion, the parties respectfully state as follows:

1.  At the request of the parties, this matter was referred to the Honorable Holly B. Fitzsimmons to conduct a joint settlement conference with the matter of *Lagarto v. Amphenol Corp.*, Civil Action No. 3:01-cv-2261(WWE). The *Lagarto* matter involves the same attorneys and many of the same witnesses. Judge Fitzsimmons conducted a joint

**ORAL ARGUMENT IS NOT REQUESTED**

settlement conference on August 18, 2003. There was some delay in the parties proceeding to a settlement conference due to difficulties experienced by the defendant in getting a third party witness – whose testimony was pertinent to both the *Lagarto* and *Glukhovsky* matters -- to appear so that it could complete her deposition. Although the parties were unable to settle the cases at the August 18 settlement conference, a second settlement conference with Judge Fitzsimmons has been scheduled for November 18, 2003.

2.  The parties have not yet completed discovery because they are attempting to minimize attorneys' fees and expert witness costs. The parties have already conducted extensive written discovery and several depositions. This proposed modification of the Scheduling Order would provide the parties with ninety (90) days to fully complete discovery, including expert discovery, should they be unable to resolve the case on November 18. The parties have also requested an extension of time to February 18, 2004 to complete discovery in the *Lagarto* matter. Their request has been granted by the Court.

WHEREFORE, the parties respectfully request that the discovery deadline be extended to **February 18, 2004**, and that the deadline for filing dispositive motions be extended to **March 19, 2004**.

THE DEFENDANT,
AMPHENOL CORPORATION

By /s/ Brenda A. Eckert
Brenda A. Eckert
Federal Bar No. ct 00021
Gregg P. Goumas
Federal Bar No. ct 19095
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel.: (860) 251-5000
Fax: (860) 251-5599

THE PLAINTIFF,
ZAKHAR GLUKHOVSKY

By _____
William Madsen, Esq. (ct09853)
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106
Tel. (860) 246-2466