02cv1087 m exttime



November 3, 2003 - GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZAKHAR GLUKHOVSKY, | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1087 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMPHENOL CORPORATION | : | |
| | : | |
| Defendant. | : | October 16, 2003 |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and Loc. R. Civ. P. 9(b), the parties respectfully request that the discovery deadline in the above matter be extended to **February 18, 2004**. Further, the parties request that the deadline for filing dispositive motions be extended to **March 19, 2004**. In support of this motion, the parties respectfully state as follows:

1. At the request of the parties, this matter was referred to the Honorable Holly B. Fitzsimmons to conduct a joint settlement conference with the matter of *Lagarto v. Amphenol Corp.*, Civil Action No. 3:01-cv-2261(WWE). The *Lagarto* matter involves the same attorneys and many of the same witnesses. Judge Fitzsimmons conducted a joint