UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Zakhar Glukhovsky

V.                               Case Number: 3:02cv1087(AVC)

Amphenol Corporation

**Stipulation for Dismissal**

Doc. # **25**

**ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, January 21, 2004.


KEVIN F. ROWE, CLERK


By:  ___/s/ JW___
     Jo-Ann Walker
     Deputy Clerk